C. David Cottingham, Standing Chapter 13 Trustee
Northern District of Alabama
Western Division
P.O. Drawer 020588
Tuscaloosa, AL 35402
(205) 758-8595

TO EMPLOYER TO CEASE REMITTING

TO:      TUSCALOOSA TOYOTA
         3325 SKYLAND BLVD E
         ATTN PAYROLL DEPT
         TUSCALOOSA, AL 35405-4561


Date:   12/10/2008

Chapter 13 Case Number:  06-70082-CMS13

Debtor:  TRACEY M MCDOWELL

Debtor's Social Security Number:  ###-##-7887


Gentlemen:

Please cease making deductions from the wages of the above captioned debtor unless subsequently
Directed to do so.

Thank you for your cooperation.



                              Very truly yours,

                              /s/ C. David Cottingham
                              C. David Cottingham
                              Standing Chapter 13 Trustee


CDC/rgt

cc:      TRACEY M MCDOWELL
         Employer
         Attorney:  MARSHALL ENTELISANO
         Clerk, U.S. Bankruptcy Court